UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON W. LARSON,<br>Plaintiff,<br>v.<br>UNKNOWN,<br>Defendant. | Case No. 2:26-cv-2605-JDP (P)<br><br>ORDER |

Jon W. Larson, a state prisoner at Valley State Prison, has filed a "notice: re intent to commit suicide," ECF No. 1, wherein he states that his mental health care is inadequate and that he intends to take his own life. The court cannot act without a complaint and the settlement of the filing fee. It is unclear whether Larson intends or desires that any suit be brought. Nevertheless, I will direct the Clerk of Court to send him a section 1983 complaint form and an application to proceed *in forma pauperis* form.

It is ORDERED that the Clerk of Court shall send Larson a section 1983 complaint form and an application to proceed *in forma pauperis* form with this order.

IT IS SO ORDERED.

Dated: August 5, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE